ORIGINAL

FILED IN CLER
U.S.D.C

DEC 3 0 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

GERRY BENGE and RANDALL BENGE,

                   Plaintiffs,

v.

CAMPBELL SOUP COMPANY,

                   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION
FILE NO.

4:09-CV--215

_FILM_

_____

## NOTICE OF REMOVAL

COMES NOW CAMPBELL SOUP COMPANY, and pursuant to 28 U.S.C. §§ 1332 and 1441, hereby files its Notice of Removal of the above-styled cause of action to the United States District Court, Northern District of Georgia, Rome Division, stating as follows:

1.

On December 1, 2009, Plaintiffs Gerry Benge and Randall Benge ("Plaintiffs") sued Campbell Soup Company ("Defendant"), in a civil action filed in the Superior Court of Catoosa County, State of Georgia, Civil Action File No. 2009-SU-CV- 2575.

2.

On December 3, 2009, Defendant was served with Plaintiffs' Complaint.

3.

Plaintiffs are residents of Catoosa County, Georgia.

4.

For purposes of determining diversity jurisdiction, at the time of commencement of this action, Defendant was not a Georgia citizen nor did it have its principal place of business in Georgia.  As correctly alleged in Paragraph 2 of the Plaintiff's Complaint, Defendant is a New Jersey corporation with its principal place of business in New Jersey.

5.

This action arises from the alleged consumption of defective soup on December 2, 2007.  The Plaintiffs bring suit for personal injury under the theories of strict liability, negligence, and breach of warranty.

6.

Defendant has filed and served this removal within the thirty (30) day period required by 28 U.S.C. § 1446.

7.

Plaintiffs have made a settlement demand for $195,000.00. *See* Settlement Letter from Plaintiffs' Attorney Michael A. Anderson, dated April 24, 2009, attached as Exhibit "C."

2

8.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1441, in that:

(a)    the alleged cause of action brought against Defendant is between citizens of different states, and the amount in controversy is deemed to exceed $75,000.00, exclusive of interests and costs;

(b)    the entire case is appropriate for removal to this Court wherein this Court may determine all issues or, in its discretion, may sever the alleged claim(s) and remand all matters not otherwise within its original jurisdiction.

9.

Defendant has complied with all conditions precedent to removal.

10.

Attached hereto as Exhibit "A" are copies of all pleadings filed in the Superior Court action. Attached hereto as Exhibit "B" is Defendant's Notice of Filing Notice of Removal, filed contemporaneously with the Superior Court.

WHEREFORE, Defendant prays that this case proceed in this Court as a removed claim or cause of action under 28 U.S.C. §§ 1332 and 1441, and that no further proceedings be had against Defendant relative to this action in the Superior Court of Catoosa County, Georgia.

3

This _____ day of December, 2009.

Taylor Tapley Daly
Georgia Bar No. 697887
Taylor.daly@nelsonmullins.com
M. Maran White
Georgia Bar No. 558202
maran.white@nelsonmullins.com

NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta GA 30363
PH: (404) 322-6000
FX: (404) 322-6050

**Attorneys for Campbell Soup Company**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

GERRY BINGE and RANDALL BENGE, )
)
Plaintiffs, ) CIVIL ACTION
) FILE NO.
v. )
)
CAMPBELL SOUP COMPANY, )
)
Defendant. )
)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **NOTICE OF REMOVAL** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

> Michael A. Anderson
> GA Bar 017740
> Maddox & Anderson PLLC
> One central Plaza, Suite 600
> 835 Georgia Avenue
> Chattanooga TN 37402

This 24th day of December, 2009.

Taylor Tapley Daly
Georgia Bar No. 697887
*Attorneys for Campbell Soup Company*

5