# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GERRY BENGE and RANDALL BENGE, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE<br>) NO. 4:09-cv-215 |
| v. | )<br>) |
| CAMPBELL SOUP COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs GERRY BENGE and RANDALL BENGE and Defendant CAMPBELL SOUP COMPANY by and through their counsel of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby authorize and direct the Clerk of the Court to mark the above-styled action "Settled, Satisfied, and Dismissed With Prejudice" upon the docket and records of the Court.

This ____ day of July 2010.

*/s/ Michael A. Anderson*
*with express permission*
Michael A. Anderson
Georgia Bar No. 017740

Maddox & Anderson PLLC

*/s/ Taylor Tapley Daly*
Taylor Tapley Daly
Georgia Bar No. 697887

Nelson Mullins Riley & Scarborough, LLP

One Central Plaza, Suite 600 Atlantic Station
835 Georgia Avenue 201 17th Street, NW, Suite 1700
Chattanooga TN 37402 Atlanta, Georgia  30363
**Attorney for Plaintiffs** **Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GERRY BENGE and RANDALL BENGE, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE<br>) NO. 4:09-cv-215 |
| v. | )<br>) |
| CAMPBELL SOUP COMPANY, | )<br>) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I do hereby certify that on July 13, 2010, I caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael A. Anderson
> Maddox & Anderson PLLC
> One central Plaza, Suite 600
> 835 Georgia Avenue
> Chattanooga TN 37402

> */s/ Taylor Tapley Daly*
> Taylor Tapley Daly
> Georgia Bar No. 697887
> Taylor.daly@nelsonmullins.com
> ***Attorneys for Campbell Soup Company***